February 12, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

JEFFREY K. BROOKS, Appellant

NO. 14-14-00837-CV                 V.

CORRECTIONAL OFFICER GRAVES, LIEUTENANT JOHN DOE, ASSISTANT WARDEN BUTCHER, CAPTAIN MILLER, POLUNSKY UNIT OF TDCJ AND TEXAS DEPARTMENT OF CRIMINAL JUSTICE, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on July 17, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Jeffrey K. Brooks.

We further order this decision certified below for observance.